Josiah M. Prendergast, SBN 292840
Adam T. Bolt, SBN 310304
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone:   916.558.6000
Facsimile:    916.446.1611
Email: jprendergast@weintraub.com

Attorneys for Defendants and Counterclaimants
Zachary M. Frasher, Amy B. Heller and
Shred Beer Company LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLICE BEER COMPANY, INC., | Case No.: 2:23-cv-00832-KJN |
| Plaintiff, | |
| vs. | **Stipulation to Mediate Case and Stay Litigation Pending Outcome Of Mediation; [Proposed] Order** |
| ZACHARY M. FRASHER, AMY B. HELLER, and SHRED BEER COMPANY LLC, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

Plaintiff and Counterclaim Defendant Slice Beer Company, Inc., Counterclaim Defendant Russell Yeager, and Defendants and Counterclaimants Zachary M. Frasher, Amy B. Heller and Shred Beer Company LLC (collectively the "Parties") hereby stipulate by and through their respective attorneys of record as follows:

1. The Parties agree to mediate all claims and cross-claims at issue in this action either with Magistrate Judge Newman or through the Court's Voluntary Dispute Resolution Program.

2. The Parties agree that this case should be stayed pending the completion of mediation.

3. The Parties propose that the Court set a one-week deadline for the Parties to submit a status report either setting a specific date for mediation with Magistrate Judge Newman or requesting a referral to the VRDP.

**IT IS SO STIPULATED.**

Dated:  October 25, 2023

Respectfully submitted,

**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN Law Corporation

By: */s/ Josiah M. Prendergast*
       Josiah M. Prendergast

Attorneys for Defendants and Counterclaimants Zachary M. Frasher, Amy B. Heller and Shred Beer Company LLC

Dated:  October 25, 2023

**BOTTOMLINE LAWYERS**

By: */s/ Richard A. Hall (as authorized on 10/24/23)*
       Richard A. Hall

Attorneys for Plaintiff and Counterclaim Defendant Slice Beer Company, Inc. and Counterclaim Defendant Russell Yeager

**ORDER**

Based on the Parties' stipulation, and good cause appearing, **IT IS ORDERED** that this action is stayed pending the mediation and that the Parties shall file a status report re scheduling mediation no later than close of business on October 31, 2023.

Dated:  October 25, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

slic.832